IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:16-CV-29-D

| | |
|---|---|
| ARZIE SUTTON MASON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )     **ORDER** |
| | ) |
| KINSTON OPCO, LLC, and | ) |
| VANGUARD HEALTHCARE, LLC, | ) |
| | ) |
| Defendants. | ) |

Defendants' motion to dismiss [D.E. 6] is DENIED.

SO ORDERED. This **29** day of February 2016.

JAMES C. DEVER III
Chief United States District Judge